**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01122-CR

**VICENTE ALEJANDRO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-62649-N**

## ORDER

We **GRANT IN PART c**ourt reporter Holly R. Swinford's October 9, 2014 request for an extension of time to file the reporter's record.  The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE